DEC 2 1 2021
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 21-10049 |
| DON YOUNG, JR. ) | VIO: 18 U.S.C. § 922(o) |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Possession of a Machinegun)

On or about December 15, 2021, in Peoria County, in the Central District of Illinois,

**DON YOUNG, JR.,**

defendant herein, did knowingly possess a machinegun, that is, a Glock, Model 19, 9mm caliber pistol, serial number BESY295, equipped with a select fire auto-sear, and said machinegun was not registered to defendant in the National Firearms Registration and Transfer Record.

In violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

A True Bill,
    s/Foreperson

_____

**Foreperson**

s/Ronald Hanna

**GREGORY K. HARRIS**
UNITED STATES ATTORNEY

RLH